```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0125--CR (RRB)
                  "USA V NAI CHING SAELEE"
                   DEF 1.1 SAELEE, NAI CHING

         Including terminated defendants, excluding terminated counsel


      Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  11/16/04
              Closed:  07/14/05
   No. of Defendants:  1
      MJ Case Number:  A04-0285--MJ
                 AKA:
     Location status:  U.S. Custody
          Trial date:
          Terminated:  YES
    Needs interpreter: NO
    Counsel of record: F. Richard Curtner
                       Federal Public Defender Agency
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3412
                       FAX 907-646-3480
                       Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

    Counsel of record: Kevin Feldis
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial



  Counts re: DEF 1.1 SAELEE, NAI CHING
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:841(a)(1) & 841(b)(1)(C) POSSESSION OF COCAINE VASE WITH INTENT TO DISTRIBUTE (F) | Terminated |
| 1 -   1 IND | 2 | 21:841 (a)(1) & 841(b)(1)(B) POSSESSION OF COCAINE BASE WITH INTENT TO DISTRIBUTE (F) | Terminated |
| 1 -   1 IND | 3 | 21:841(a)(1) & 841(b)(1)(C) POSSESSION OF COCAINE BASE WITH INTENT TO DISTRIBUTE (F) | Terminated |
| 14 -  1 | 1-S | 21:841(a)(1) and 841(b)(1)(c) POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE (F) | Sentenced (57-1) |
| 14 -  1 | 2-S | 21:841(A)(1) and 841(b)(1)(B) POSSESSION OF COCAINE BASE WITH INTENT TO DISTRIBUTE (F) | Sentenced (57-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0125--CR (RRB)
                                "USA V NAI CHING SAELEE"
                                DEF 1.1 SAELEE, NAI CHING

                    Including terminated defendants, excluding terminated counsel


  14 -    1         3-S      21:841(a)(1) and 841(b)(1)(C) POSSESSION OF           Sentenced
                             COCAINE BASE WITH INTENT TO DISTRIBUTE (F)            (57-1)

  14 -    1         4-S      18:922(g)(1) and 924(a)(2) FELON IN POSSESSION OF     Sentenced
                             FIREARM (F)                                           (57-1)

  14 -    1         5-S      21:841(a)(1) and 841(b)(1)(C) POSSESSION OF           Sentenced
                             METHAMPHETAMINE WITH INTENT TO DISTRIBUTE (F)         (57-1)

  14 -    1         6-S      18:922(g)(1) and 924(a)(2) FELON IN POSSESSION OF     Sentenced
                             FIREARMS (F)                                          (57-1)

  14 -    1         7-S      21:853(a)(1) and (2) CRIMINAL FORFEITURES (f)         Sentenced
                                                                                   (57-1)
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0125--CR (RRB)
                                "USA V NAI CHING SAELEE"

                                    For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 11/16/04
            Closed: 07/14/05
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 11/16/04 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - 1 | 11/17/04 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/16/04. |
| NOTE - 2 | 11/17/04 | Notation: Proposed trial date setting for arraignment and notice of speedy trial act deadlines forwarded to chambers. |
| 2 - 1 | 11/17/04 | [Re: DEF 1] AHB Grand Jury Minutes. No bail set. (Detention per 18:3142) Def in custody. cc: Judge Beistline, MJ Branson |
| 3 - 1 | 11/18/04 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re Arr on Indt hld 11/18/04; R. Curtner apptd; cont arr set for 11/19/04 at 3:30 p.m.; def detained; detent hrg set for 11/23/04 at 2:00 p.m. cc: USA, FPD, USM, USPO |
| 4 - 1 | 11/18/04 | [Re: DEF 1] Financial Affidavit. |
| 5 - 1 | 11/18/04 | [Re: DEF 1] JDR Order of Detention Pending Haering set for 11/23/04 at 2:00 p.m. cc: USA, FPD, USM, USPO |
| 6 - 1 | 11/19/04 | DEF 1 Attorney Appearance of R. Curtner (FPD). |
| 7 - 1 | 11/22/04 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re cont Arr on Indt hld 11/19/04; R. Curtner apptd; def pled not guilty; PTM"s due 12/7/04; cnsl advised of trial date 12/27/04. cc: USA, FPD, USM, USPO, Judge Beistline |
| 8 - 1 | 11/22/04 | [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet & confer by 11/23/04; PTM's due 12/7/04. cc: USA, FPD |
| 9 - 1 | 11/23/04 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re: detention hrg; def detained; order of det pending trial FILED. cc: USA, FPD, USM, USPO |
| 10 - 1 | 11/23/04 | [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 11 - 1 | 11/29/04 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 12 - 1 | 11/30/04 | [Re: DEF 1] RRB Minute Order setting trial by jury for 12/27/04 at 8:30 a.m. and Final PT Conf for 12/20/04 at 3:15 p.m. in Courtroom #3. cc: AUSA, FPD, USM, USPO, MJ Roberts, jury clerk |
| 13 - 1 | 12/14/04 | [Re: DEF 1] RRB Minute Order that the time for the FPTC 12/20/04 is changed from 3:15 p.m. to 9:15 a.m. in Courtroom #3. cc: AUSA, FPD, USM, USPO |
| 14 - 1 | 12/15/04 | [Re: DEF 1] PLF 1 Superseding Indictment. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0125--CR (RRB)
                               "USA V NAI CHING SAELEE"

                                   For all filing dates


 Document #    Filed      Docket text

    15 -   1  12/15/04   [Re: DEF 1] RRB Grand Jury Minutes, bail on pretrial release as
                         previously set by MJ.  Set for arraignment and notify USM.

    16 -   1  12/16/04   [Re: DEF 1] JDR Minute Order re Arr on 1st SIndt set for 12/17/04 at
                         11:00 a.m. cc: USA, FPD, USM, USPO

    17 -   1  12/20/04   [Re: DEF 1] JDR Order regarding preparation for trial; ptms due 1/7/05.
                         cc: USA, FPD

    18 -   1  12/20/04   [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] of arr on 1st
                         SIndt (held 12/17/04); def plead not guilty; ptms due 1/7/05; order re:
                         preparation for trial FILED.  cc: USA, FPD, USM, PO, Judge Beistline

    19 -   1  12/21/04   [Re: DEF 1] RRB Court Minutes [ECR: Denali Elmore] re: FPTC held
                         12/20/04; oral mot to continue 12/27/04 trial granted; TBJ set 3/14/05 @
                         8:30 a.m.; FPTC set 3/4/05 @ 8:30 a.m.; TBJ tentatively set in A04-135
                         CR (RRB) to trail this case; excludable delay found under
                         18:3161(h)(8)(A)(B); det cont. cc: USA, FPD, USM, USPO, JC, MJ Roberts

    20 -   1  01/07/05   DEF 1 motion to strike surplusage from 1st superseding indictment.

    21 -   1  01/07/05   DEF 1 motion to suppress w/att mwmo & exhs.

    22 -   1  01/11/05   [Re: DEF 1] JDR Minute Order re evident hrg on def's mot to suppress
                         (21-1) set for 1/24/05 at 10:00 a.m. cc: USA, FPD, USM, USPO

    23 -   1  01/12/05   [Re: DEF 1] PLF 1 Unopposed motion on shortened time for 1 week cont of
                         govt's repsonse deadline to def's motions to suppress & to strike
                         surplusage.

    24 -   1  01/12/05   [Re: DEF 1] JDR Minute Order granting unopposed motion on shortened time
                         for 1 week cont of govt's response ddln (23-1); govt's oppos to def's
                         motions to suppres & to strike surplusage due 1/25/05; evident hrg on
                         def's mot to suppress prev set for 1/24/05 is VACATED & RESET for
                         1/26/05 at 9:30 a.m. cc: USA, FPD, USM, USPOO

    25 -   1  01/13/05   [Re: DEF 1] PLF 1 Unopposed motion on shortend time to cont evident hrg.

    26 -   1  01/14/05   [Re: DEF 1] JDR Order granting unopposed motion on shortend time to cont
                         evident hrg (25-1); Evident hrg RESET for 2/7/05 at 9:30 a.m. cc: USA,
                         FPD, USM, USPO

    27 -   1  01/21/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress (21-1).

    28 -   1  01/21/05   [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion to strike surplusage
                         from 1st superseding indictment (20-1).

    29 -   1  01/25/05   Final R&R re: DEF 1 motion to strike surplusage from 1st superseding
                         indictment (20-1); recommended be granted. cc: USA, FPD, Judge Beistline

    29 -   2  01/27/05   [Re: DEF 1] RRB Order granting motion to strike surplusage from 1st
                         superseding indictment (20-1).  cc: AUSA, FPD, MJ Roberts

    30 -   1  02/07/05   [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re evident hrg on
                         def's mot to suppress (21-1) hld 2/7/05; taking under advisement motion
                         to suppress (21-1) w/att witness & exh lists. cc: USA, FPD


ACRS: R_RDSDX                As of 12/27/05 at 09:10 AM by GARRY                      Page 2
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 1 | 02/16/05 | DEF 1 Transcript of Evid Hrg on DEF Mot to Suppress (DOC #21) (held 2/7/05). |
| 32 - 1 | 03/04/05 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re: FPTC held 3/4/05; Cont FPTC set 3/11/05 at 1:30 p.m.; TBJ remains 3/14/05 at 8:30 a.m.; def to notify gov by 3/7/05 re poss PCOP. cc: USA, FPD, USM, USPO, JC, MJ ROBERTS |
| 33 - 1 | 03/07/05 | DEF 1 Notice of Intent to change plea. |
| 34 - 1 | 03/08/05 | Initial R&R re: DEF 1 motion to suppress (21-1); Recommended be denied; Objections due 03/10/05. Reply due 3:00 p.m. 03/11/05. cc: USA, FPD, Judge Beistline |
| 35 - 1 | 03/14/05 | [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re PCOP (held 3/11/05); mot to suppress DENIED; plead guilty to Cts 1-7; IOS set for 5/25/05 at 9:00 am; TBJ set for 3/14/05 VACATED; def's det cont'd. cc: USA, FPD, USM, USPO, JC, MJ Roberts |
| 36 - 1 | 03/15/05 | [Re: DEF 1] PLF 1 motion for entry of preliminary order of forfeiture. |
| 37 - 1 | 03/30/05 | [Re: DEF 1] AMENDED RRB Court Minutes [ECR: Linda Christensen] re PCOP (held 3/11/05); mot to suppress DENIED; plead guilty to Cts 1-7; IOS set for 5/24/05 at (;00 am; TBJ set for 3/14/05 VACATED; def's det cont'd. cc:  USA, FPD, USM, USPO, JC, MJ Roberts |
| 38 - 1 | 03/31/05 | [Re: DEF 1] Exhibit inventory & disposition notice that exhs division of probation & parole special incident alert form given to USA on 3/31/05. |
| 39 - 1 | 04/11/05 | [Re: DEF 1] RRB Order granting motion for entry of preliminary order of forfeiture (36-1).  cc: AUSA, FPD |
| 40 - 1 | 04/20/05 | USM Return of svc of notice of forfeiture re: Sen Saelee returned unexecuted (green card not signed for -nor dated). |
| 41 - 1 | 04/20/05 | USM Return of svc on 4/18/05 of notice of forfeiture on Vuern Saelee green card not dated and signed by  Cheng Saelee. |
| 42 - 1 | 04/20/05 | USM Return of svc on 4/18/05 of notice of forfeiture on Chang Saelee green card not dated. |
| 43 - 1 | 04/20/05 | USM Return of svc on 4/18/05 of notice of forfeiture on Lieu Saelee green card not dated and signed by  Cheng Saelee. |
| 44 - 1 | 04/20/05 | USM Return of svc on 4/18/05 of notice of forfeiture on Sou Saelee green not dated and signed by  Cheng Saelee. |
| 45 - 1 | 04/28/05 | [Re: DEF 1] RRB Minute Order the IOS set for 5/24/05 is reset for 6/16/05 at 9:00 a.m. in Courtroom #2 w/att aff.  cc: AUSA, FPD, USM, USPO |
| 46 - 1 | 05/11/05 | USM Return of svc of publication of notice of forfeiture re: DEF 1 in Anchorage Daily News on  04/17/05; 04/24/05 and 05/01/05. |
| 47 - 1 | 06/02/05 | [Re: DEF 1] PLF 1 motion for final decree of forfeiture. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0125--CR (RRB)
                               "USA V NAI CHING SAELEE"

                              For all filing dates


 Document #   Filed       Docket text

    48 -   1  06/09/05    [Re: DEF 1] PLF 1 Sentencing Memorandum.

    49 -   1  06/09/05    {SEALED}

    50 -   1  06/10/05    DEF 1 Notice of Supplemental authority w/att exh.

    51 -   1  06/15/05    [Re: DEF 1] RRB Order granting motion for final decree of forfeiture
                          (47-1). AUSA, FPD, USM, USPO

    52 -   1  06/15/05    {SEALED}

    53 -   1  06/16/05    [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] re IOS (held
                          06/16/05); Court and counsel heard re possible withdrawal of plea;
                          Status Hearing set June 23, 2005 at 1:30; Def's detention continued. cc:
                          USA, FPD, USM, USPO.

    54 -   1  06/22/05    DEF 1 Second Supplemental Sentencing Memorandum filed on shortened time.

    55 -   1  06/24/05    [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re Status Hrg
                          (held 6/23/05); def not withdrawing plea; IOS set for 7/6/05 at 11:30
                          am; def's detention cont.  cc:  USA, FPD, USM, USPO, MJ Roberts

    56 -   1  07/06/05    [Re: DEF 1] RRB Court Minutes [ECR: April Karper] re IOS (held 7/6/05);
                          Sent Imposed as stated in the judg.

    57 -   1  07/14/05    [Re: DEF 1] RRB Judgment pleaded guilty to count(s) 1S,2S,3S,4S,5S,6S of
                          document (14-1).  Imprisonment for a term of 170 months to run
                          concurrently.  Def is remanded to the custody of the USM. SR 5 years
                          w/standard and special conditions.  SA $600.00.  cc: AUSA, FPD, USM,
                          USPO, MJ Robert, Finance, FLU, Def w/cnsl cy

    57A-   1  07/15/05    DEF 1 appeal to 9CCA of (57-1) filed 07/14/05. cc: USA, FPD, USM, USPO,
                          Judge Beistline, 9CCA

    58 -   1  07/18/05    [Re: DEF 1] Partial Transcript re: IOS held 7/6/05.

  NOTE -   3  07/19/05    Transmittal: Forwarded notice of appeal (57A-1) to 9CCA.

    59 -   1  07/19/05    [Re: DEF 1] Cy 9CCA Time Schedule Order. (57A-1) cc: USA, FPD, ECR, 9CCA
                          (Original)

    60 -   1  08/10/05    DEF 1 Transcript Designation/Order Form re: notice of appeal (57A-1)
                          w/att order form. cc:ecr

    61 -   1  09/07/05    [Re: DEF 1] Transcript of PCOP (held 3/11/05) re notice of appeal
                          (57A-1)

    62 -   1  09/07/05    [Re: DEF 1] Transcript of IOS (held 6/16/05) re: notice of appeal
                          (57A-1)

    63 -   1  09/07/05    [Re: DEF 1] Transcript of Status Hearing (held 6/23/05) re: notice of
                          appeal (57A-1)

    64 -   1  09/07/05    [Re: DEF 1] PARTIAL Transcript of Continued IOS (held 7/6/05) re: notice
                          of appeal (57A-1)


ACRS: R_RDSDX              As of 12/27/05 at 09:10 AM by GARRY                       Page 4
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0125--CR (RRB)
                                "USA V NAI CHING SAELEE"

                                    For all filing dates


Document #   Filed     Docket text

   65 -   1  09/08/05  [Re: DEF 1] cy 9CCA Certificate of Record. (57A-1) cc: USA, FPD, Judge
                       Beistline, 9CCA (original)
```