UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 06/19/06

To: Clerk's Office
    Richard H. Chambers U.S. Court of
    Appeals Building
    125 South Grand Avenue
    Pasadena , CA 91105

ATTN: ( ) CIVIL

(XXXX) CRIMINAL

( )JUDGE

From: Shari Fuhrer
    U.S. District Court
    222 West 7th Avenue, #4
    Anchorage, Alaska 99513

DC No: 3:04-cr-00125-RRB      Appeal No: 05-30367

Short title: USA v Saelee

Composition of Record

Clerk's Files in 2 volumes    (xxx) original   ( ) certified copy

    Bulky docs. ___ volumes, docket # ___
                      (folders)

Reporter's in ___ volumes    ( ) original    ( )certified copy
Transcripts

Exhibits:   in ___ envelopes    ( ) under seal

        in ___ boxes         ( ) under seal

Other: **NOTE: 1 Sealed Volume**
    **(certified copy of ACMS and ECF docket enclosed)**

(please note any documents filed under seal)

Acknowledgement: _____      Date: _____
"record.app" [11/21/97]