Nai Saelee
Reg. No. 14551-006
USP Victorville
P.O. Box 5500
Adelanto, CA  92301



MAR 1 8 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>NAI CHING SAELEE,<br><br>                    Defendant. | Case No. 3:04-cr-0125-RRB<br><br>**MOTION FOR<br>APPOINTMENT OF COUNSEL** |

Defendant, Nai Ching Saelee, moves for the appointment of counsel.

Defendant makes this request for the reasons that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the attached financial affidavit in support of the request for appointment of counsel.

DATED this __3__ day of __MARCH_____, 2008.

_____
Nai Ching Saelee