IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NAI CHING SAELEE,<br><br>　　　　Defendant. | Case No. 3:04-cr-00125-RRB-1<br><br>ORDER APPOINTING COUNSEL<br>and SETTING SCHEDULE |

　　　　On March 18, 2008, Nai Ching Saelee, representing himself, filed a motion for appointment of counsel, for the purposes of re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]  As recently explained by the Supreme Court in *Kimbrough v. United States*, the guidelines were changed, effective November 1, 2007, to reduce "the base offense level associated with each quantity of crack by two levels."[2]  The

---

　　　[1] *See* Docket Nos. 69, 70.

　　　[2] *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing <u>Amendments to the Sentencing Guidlines for United States Courts</u>, 72

Supreme Court noted, at the time, that "[t]he Commission has not yet determined whether the amendment will be retroactive to cover defendants like Kimbrough."[3] Since that case was decided, it has been determined that the guidelines became retroactive on March 3, 2008.[4]

**IT IS THEREFORE ORDERED that:**

1.   Mr. Saelee's application for appointment of counsel, at docket number 69, is GRANTED. The Federal Public Defender for the District of Alaska will designate counsel from the CJA Panel or the Federal Public Defender's office to represent Mr. Saelee in this case, for the purposes of filing a motion under section 3582(c).

2.   Counsel for Mr. Saelee shall review the record, confer with him, and file a motion under section 3582(c), or other appropriate document, within sixty days from the date of this Order.

3.   The Government is permitted to file a response within sixty days from the time counsel for Mr. Saelee files the motion.

---

Fed.Reg. 28571-28572 (2007).

[3] *Id.* at n. 11.

[4] *See United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

  4. Counsel for Mr. Saelee may file a reply within thirty days of the filing of the response.

  5. A date for imposition of re-sentencing will be scheduled after the motion is filed.

  DATED this 25th day of March, 2008, at Anchorage, Alaska.

            /s/RALPH R. BEISTLINE
            United States District Judge