Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Appellant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>NAI CHING SAELEE,<br><br>            Defendant. | Case No. 3:04-cr-0125-RRB<br><br>**UNOPPOSED MOTION FOR THIRTY DAY EXTENSION OF TIME** |

　　　　Defendant , Nai Ching Saelee, by and through counsel, Mary C. Geddes, Assistant Federal Defender, moves this honorable court for a thirty-day extension of time to file his petition in the above captioned case.  His petition is currently due on May 26, 2008, and if this order is granted, it would be due on June 25, 2008.  This is his first request.  Counsel requires additional time to consult with her client relevant to his request for resentencing under the retroactive crack amendment, but she will be out of the office for most of the next four weeks, until June 14, 2008.

　　　　Government counsel Kevin Feldis has been contacted and indicated that he will not oppose this request.

DATED this 21st day of May, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 21, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Kevin Feldis, Esq.

/s/ Mary C. Geddes