UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>NAI CHING SAELEE,<br><br>                 Defendant. | Case No. 3:04-cr-0125-RRB<br><br>**ORDER GRANTING TIME** |

After due consideration of defendant's Unopposed Motion For Thirty Day Extension of Time, the court GRANTS the motion. Defendant shall have until June 25, 2008, within which to file his petition for resentencing under the crack cocaine amendment. The government shall have 60 days within which to respond to defendant's petition, and defendant shall have 30 days from service of the government's response to file his reply.

DATED _May 22_____, 2008, in Anchorage, Alaska.

_S/RRB_____
Ralph R. Beistline
United States District Court Judge