UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NAI CHING SAELEE,<br><br>        Defendant. | Case No. 3:04-cr-0125-RRB<br><br>**PROPOSED**<br>**ORDER REDUCING SENTENCE** |

After due consideration of defendant's Motion to Reduce Sentence, the court GRANTS the motion.  Mr. Saelee's sentence is reduced to 140 months.

DATED _____, 2008, in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge