Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NAI CHING SAELEE,<br><br>    Defendant. | Case No. 3:04-cr-0125-RRB<br><br>**RESPONSE TO GOVERNMENT'S OPPOSITION TO MOTION TO REDUCE SENTENCE** |

    Defendant, Nai Ching Saelee, by and through counsel Mary C. Geddes, Assistant Federal Defender, moved this court for resentencing pursuant to 18 U.S.C. § 3582(c)(2). Mr. Saelee responds only in a limited fashion to the government's opposition.

    Contrary to the government's characterization of his sentence, Mr. Saelee was not sentenced as a "career offender." A career offender sentence would have required a sentence in the range of 188 months to 235 months of incarceration. In this post-*Booker* proceeding, the court ultimately chose to impose a non-guideline sentence of 170 months.

This variance from the guideline sentence was the equivalent of a horizontal departure from Criminal History category VI to V, or the reduction of one offense level, which would have permitted a sentencing range of 168 months to 210 months.

With respect to the government's argument that the defendant's sentence was imposed notwithstanding the offense level for crack cocaine, the defendant respectfully disagrees. The Supreme Court's remedial decision in *Booker* left intact the Congressional mandate that prior to imposing a sentence the district court must consider the Sentencing Guidelines § 3553(a)(4)(A). *See Rita v. United States*, 127 S. Ct. 2456, 2463 (2007). Consequently, and most certainly, the court would have considered the offense levels applicable to Mr. Saelee's drug offense in determining the sentencing range to impose.

DATED this 13th day of August, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

<u>Certification</u>:

I certify that on August 13, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Kevin R. Feldis, Esq.

/s/ Mary C. Geddes