IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>NAI CHING SAELEE,<br><br>          Defendant. | Case No. 3:04-cr-0125-RRB<br><br><br>**ORDER DENYING**<br>**MOTION TO REDUCE SENTENCE** |

      Before the Court, at Docket 75, is Defendant with a Motion to Reduce Sentence, which is opposed by the Government at Docket 76. The Court has reviewed the file in this matter, including Defendant's reply at Docket 77, and finds no merit to Defendant's request.

      Had the amended guideline sentencing ranges for crack cocaine been in effect at the time of the original sentencing in this matter, July 6, 2005, the sentence the Court imposed would have been the same. As it is, Defendant received a lenient sentence given his criminal history and the danger he posed to the community. Therefore, for these reasons, as well as for the reasons set forth by the Government in its opposition, Defendant's Motion to Reduce Sentence is hereby **DENIED.**

ORDER DENYING MOTION
 TO REDUCE SENTENCE - 1
3:04-CR-0125-RRB

Defendant, who is represented by counsel, may appeal this decision for any of the grounds mentioned in 18 U.S.C. § 3742, but must do so within the 10-day time frame allowed by Rule 4(b) of the Federal Rules of Appellate Procedure.

**IT IS SO ORDERED.**

ENTERED this 20th day of August, 2008.

                          S/RALPH R. BEISTLINE
                          UNITED STATES DISTRICT JUDGE