Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>NAI CHING SAELEE,<br><br>　　　　　　　　Defendant. | Case No. 3:04-cr-0125-RRB<br><br>**NOTICE OF APPEAL** |

　　　　Notice is hereby given that defendant Nai Ching Saelee appeals to the United States Court of Appeals for the Ninth Circuit from the Order at Docket 78, denying Mr. Saelee's Motion to Reduce Sentence re Crack Cocaine Offense, Pursuant to 18 U.S.C. § 3582, filed at Docket 75.

///

///

///

DATED this 28th day of August, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on August 28, 2008, a copy of the
foregoing document was served electronically on:

Kevin R. Feldis, Esq.

/s/ Mary C. Geddes